1024

Attorney General, for respondent. 

No. 1114, Misc. GORMAN v. UNITED STATES. C. A. 2d Cir. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States. 

No. 1151, Misc. BELL v. COLORADO. Sup. Ct. Colo. *Rollie R. Rogers* for petitioner. *Duke W. Dunbar*, Attorney General of Colorado, and *James W. Creamer, Jr.*, Assistant Attorney General, for respondent. 

No. 1166, Misc. SMITH v. TEXAS. Ct. Crim. App. Tex. *Orville A. Harlan* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Gilbert J. Pena* and *Howard M. Fender*, Assistant Attorneys General, for respondent. 

No. 1167, Misc. ROBINSON v. UNITED STATES. C. A. 2d Cir. *Anthony F. Marra* for petitioner. *Acting Solicitor General Spritzer* for the United States. 

No. 1204, Misc. LEE v. NEW YORK. Ct. App. N. Y.
No. 1281, Misc. GERSH v. NEW YORK. Ct. App. N. Y.
No. 1310, Misc. MITCHELL ET AL. v. NORTH CARO-LINA. Sup. Ct. N. C. *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioners. *Thomas Wade Bruton*, Attorney General of North Carolina, and *Theodore C. Brown, Jr.*, for respondent. 

No. 1370, Misc. JOHNSTON v. TEXAS. Ct. Crim. App. Tex. *Herman Fitts* for petitioner. *Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *Howard M. Fender*, *Larry Craddock* and *Gilbert J. Pena*, Assistant Attorneys